# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 17-13530 | SAH | Judge: | Sarah A. Hall | | Trustee Name: | DOUGLAS N. GOULD, TRUSTEE |
|---|---|---|---|---|---|---|---|
| Case Name: | KAVANAUGH ENERGY SERVICES INC. | | | | | Date Filed (f) or Converted (c): | 08/31/2017 (f) |
| | | | | | | 341(a) Meeting Date: | 10/03/2017 |
| For Period Ending: | 03/31/2019 | | | | | Claims Bar Date: | 03/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Truck<br><br>2007 Chevy Silverado located in Alabama | 3,500.00 | 3,500.00 | | 3,500.00 | FA |
| 2. Business account balance (u) | Unknown | 0.00 | | 9,158.21 | FA |
| 3. Funds received in sale of property (u) | Unknown | 550,700.00 | | 551,700.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $3,500.00     $554,200.00          $564,358.21     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

March 31, 2019 Adversary complaint to be filed in 30 days.

December 12, 2018 Still in litigation regarding preference.

October 10, 2018 Cut checks to pay acct and atty from Hurricane and Hunter.

September 11, 2018 Prepare atty time.

August 22, 2018 Cut checks from Hunter bnk acct to pay severance tax and royalty obligations.

April 27, 2018 Received $1,000 from OGP Operating. Reissue check #102.

March 30, 2018 Issues with check #102 - insufficient funds in bank account. Trustee waiting for funds and will reissue check.

March 26, 2018 Trustee reviewing case for consolidation.

March 6, 2018 Hire acct.

February 27, 2018 Trustee's Report of Sale filed in delay due to issues with one piece of property sold. Issue resolved. Report of Sale now filed.

February 13, 2018 Cut check to pay Wates.

January 18, 2018 Prepare motion to pay admin expense.

December 18, 2017 Electronic transfer of funds to BOK.

December 11, 2017 Electronic transfer of funds received on sale.

November 28, 2017 Prepare motion to sell.

October 18, 2017 Prepare motion for joint administration.


Initial Projected Date of Final Report (TFR): 08/31/2020        Current Projected Date of Final Report (TFR): 08/31/2020

Trustee Signature:        /s/ DOUGLAS N. GOULD, TRUSTEE        Date: 04/28/2019

DOUGLAS N. GOULD, TRUSTEE
5500 N. Western Ave., Ste. 150
Oklahoma City, OK 73118
(405) 286-3338
dg@dgouldlaw.net

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-13530  
Case Name: KAVANAUGH ENERGY SERVICES INC.  
Taxpayer ID No: 75-2300469  
For Period Ending: 03/31/2019  

Trustee Name: DOUGLAS N. GOULD, TRUSTEE  
Bank Name: First National Bank of Vinita  
Account Number/CD#: XXXXXX4465  
Checking  
Blanket Bond (per case limit): $8,946,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/11/17 | 2 | Kavanaugh Energy Services Inc | Bank account balance as of 9/11/17 | 1229-000 | $9,158.21 | | $9,158.21 |
| 10/06/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,148.21 |
| 11/07/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,138.21 |
| 12/07/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,128.21 |
| 12/11/17 | | OGP Operating Inc | Fund for purchase of property | | $554,200.00 | | $563,328.21 |
| | | | Gross Receipts   $554,200.00 | | | | |
| | 1 | | Truck   $3,500.00 | 1129-000 | | | |
| | 3 | | Funds received in sale of property   $550,700.00 | 1229-000 | | | |
| 12/18/17 | | BANK OF OKLAHOMA P.O. BOX 472 TULSA, OK 74101 | Distribution on secured claim Per Order #20 | 4110-000 | | $554,200.00 | $9,128.21 |
| 01/08/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $142.55 | $8,985.66 |
| 02/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $8,975.66 |
| 02/13/18 | 101 | Michael Wates 2952 North Hampton Drive Tuscaloosa, AL 35406 | Administrate Expense Per Order #29 | 2420-000 | | $8,400.00 | $575.66 |
| 03/02/18 | 102 | OGP Operating, Inc. 8140 Walnut Hill Lane, Ste 610 Dallas, TX 75231 | Administative Expense Per Order #34 | 2420-000 | | $995.00 | ($419.34) |
| 03/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | ($429.34) |

Page Subtotals:                $563,358.21        $563,787.55

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-13530 | Trustee Name: | DOUGLAS N. GOULD, TRUSTEE |
|---|---|---|---|
| Case Name: | KAVANAUGH ENERGY SERVICES INC. | Bank Name: | First National Bank of Vinita |
| | | Account Number/CD#: | XXXXXX4465 |
| | | | Checking |
| Taxpayer ID No: | 75-2300469 | Blanket Bond (per case limit): | $8,946,000.00 |
| For Period Ending: | 03/31/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/30/18 | 102 | OGP Operating, Inc.<br>8140 Walnut Hill Lane, Ste 610<br>Dallas, TX 75231 | Administative Expense<br>Reversal<br>Per Order #34 | 2420-000 | | ($995.00) | $565.66 |
| 04/27/18 | 3 | OGP Operating, Inc. | O&G Leases Sales Proceeds | 1229-000 | $1,000.00 | | $1,565.66 |
| 04/27/18 | 103 | OGP Operating, Inc.<br>8140 Walnut Hill Lane, Ste 610<br>Dallas, TX 75231 | Administative Expense<br>Per Order #34 | 2420-000 | | $995.00 | $570.66 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $564,358.21 | $563,787.55 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $564,358.21 | $563,787.55 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $564,358.21 | $563,787.55 |

Page Subtotals: $1,000.00   $0.00

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4465 - Checking | $564,358.21 | $563,787.55 | $570.66 |
| | $564,358.21 | $563,787.55 | $570.66 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $564,358.21 |
| Total Gross Receipts: | $564,358.21 |

Trustee Signature:    /s/ DOUGLAS N. GOULD, TRUSTEE    Date: 04/28/2019

DOUGLAS N. GOULD, TRUSTEE
5500 N. Western Ave., Ste. 150
Oklahoma City, OK 73118
(405) 286-3338
dg@dgouldlaw.net

Page Subtotals:    $0.00    $0.00